**2010–1705.   In re All Cases Against Sager Corp.**

Cuyahoga App. No. 93567, 188 Ohio App.3d 796, 2010-Ohio-3872.

PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.